IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jamie McDowell McClary, | ) | Case No. 6:26-cv-01809-JDA-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Wells Fargo; Darien Swenson, | ) | |
| *District Manager*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's motion for leave to proceed in forma pauperis ("IFP"). [Doc. 3.] In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter is referred to United States Magistrate Judge Thomas E. Rogers, III for pre-trial proceedings.

On May 7, 2026, the Magistrate Judge issued a Report and Recommendation ("Report") recommending that the Court deny Plaintiff's motion to proceed IFP. [Doc. 7.] The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if she failed to do so. [*Id*. at 6.] Plaintiff has filed no objections, and the time to do so has lapsed.

## STANDARD OF REVIEW

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 271 (1976). The Court is charged with making a de novo determination of any portion of the Report to which a specific objection is made. The Court may accept, reject, or modify, in

whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b).  The Court will review the Report only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (internal quotation marks omitted)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error.  Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference.  Accordingly, Plaintiff's motion for leave to proceed IFP [Doc. 3] is DENIED, and Plaintiff has 14 days from the date of this Order to submit the required $405.00 filing fee.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

June 4, 2026
Greenville, South Carolina

## **<u>NOTICE OF RIGHT TO APPEAL</u>**

The parties are hereby notified of the right to appeal this Order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.