IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jamie McDowell McClary, | ) | C/A No.: 6:26-1809-JDA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | REPORT AND |
| Wells Fargo and Darien Swenson, | ) | RECOMMENDATION |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the court on Plaintiff's failure to pay the filing fee in this case. On May 7, 2026, United States Magistrate Judge Shiva V. Hodges issued a Report and Recommendation, which recommended Plaintiff be required the pay the filing fee in this case. [ECF No. 7].[1] Judge Hodges advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if she failed to do so.  Plaintiff failed to file objections to Judge Hodges' Report and Recommendation.

On June 4, 2026, the Honorable Jacquelyn D. Austin, United States District Judge, issued an order accepting Judge Hodges' recommendation and directing Plaintiff to submit the required filing fee with 14 days. Plaintiff's deadline for paying the filing fee has expired. As such, the undersigned[2]

---

[1] Judge Hodges also directed Plaintiff submit documents necessary for service in this case, which Plaintiff partially submitted. [ECF No. 6].

[2] This matter was reassigned to the undersigned for all pretrial proceedings on June 4, 2026. [ECF No. 12].

recommends this matter be dismissed for failing to submit the filing fee necessary to pursue this case.

IT IS SO RECOMMENDED.

June 30, 2026
Columbia, South Carolina

 s/ Thomas E. Rogers III
Thomas E. Rogers III
United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**

## Notice of Right to File Objections to Report and Recommendation

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge.   Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d).  Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

Robin L. Blume, Clerk
United States District Court
901 Richland Street
Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.**  28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).